**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISON**

| | | |
|---|---|---|
| JORGE LOPEZ-LOPEZ, | ) | CASE NO. 4:26-cv-01691-DCN |
| | ) | |
| Petitioner, | ) | DISTRICT JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| WARDEN, NORTHEAST OHIO | ) | |
| CORRECTIONAL CENTER, et al., | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

On July 21, 2026, Petitioner Jorge Lopez-Lopez ("Lopez-Lopez") filed an application for a writ of habeas corpus under 28 U.S.C. § 2241, stating that his Due Process rights have been violated and he has been subject to unlawful immigration detention for over nine months, despite being granted withholding of removal. (ECF Doc. 1). On August 3, 2026, the matter was referred to me to issue "any order requiring the respondent to answer, service of the petition, or any appropriate order directed to this matter" and for preparation of a Report and Recommendation. (ECF Doc. 3).

The Court has examined the petition and, on its face, cannot say whether Lopez-Lopez is entitled to at least some of the relief requested. Accordingly, pursuant to 28 U.S.C. § 2243, for good cause shown, and with the direction within the District Judge's referral order, (ECF Doc. 3), I order the Respondents to respond no later than 5:00 p.m. on August 7, 2026. This deadline is consistent with Rule 6 prior to its amendment in 2009. Because Petitioner has been detained

for over nine months, and because there is no allegation that he must be removed, there is no prejudice from setting this day as the deadline.

Further instructions will be made after Respondents file, including whether an additional briefing schedule pursuant to the Court's referral order and Rule 4 of the Rules Governing Section 2254 Cases is necessary. Should I later find that the matter does not present only issues of law and a hearing is required, I will schedule a hearing within five days, in accordance with Section 2243. Foreign language interpreters are not provided in civil matters; should petitioner require one, he must do so at his own expense.

So ordered.

Dated: August 3, 2026

REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE